IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

FIRST NATIONAL INSURANCE            PLAINTIFF
COMPANY OF AMERICA

VS.           CIVIL ACTION NO. 4:10cv62 TSL-LRA

CBS ELECTRIC, INC.              DEFENDANT

## AGREED ORDER ON MOTION TO REMAND

THIS MATTER came before the court on the motion to remand filed by First National Insurance Company of America, and the court being advised that CBS Electric, Inc. does not object to the motion,

IT IS HEREBY ORDERED that the motion to remand be and hereby is granted, thereby remanding this matter back to the Circuit Court of Kemper County, Mississippi.

SO ORDERED this 30th day of April, 2010.

             /s/Tom S. Lee
             UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ Alec M. Taylor         /s/Lawrence Deas
ALEC M. TAYLOR         LAWRENCE DEAS
Attorney for First National Insurance    Attorney for CBS Electric, Inc.
Company of America